IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT
HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL ACTION

MAYO CLINIC JACKSONVILLE,
MAYO FOUNDATION FOR MEDICAL
EDUCATION AND RESEARCH,
MYRIAD GENETICS, INC., AND
MYRIAD PHARMACEUTICALS, INC.,

Plaintiffs,

v.

ALZHEIMER'S INSTITUTE OF AMERICA,
INC.,

Defendant.

Case No. **05-02296**

Division: **DIVISION B**

## COMPLAINT

Plaintiffs Mayo Clinic Jacksonville ("Mayo Jacksonville") and Mayo Foundation for Medical Education and Research ("Mayo FMER") (collectively "Mayo") and Myriad Genetics, Inc. ("Myriad Genetics") and Myriad Pharmaceuticals, Inc. ("Myriad Pharmaceuticals") (collectively "Myriad") (collectively "Plaintiffs") bring this action pursuant to the Federal Arbitration Act (FAA), 9 U.S.C. § 4, and Fla. Stat. § 682.03 to request that this Court enter an order compelling arbitration between Plaintiffs and Defendant Alzheimer's Institute of America, Inc. ("AIA"). Accordingly, Plaintiffs state the following:

### JURISDICTION AND THE PARTIES

1. This is an action to compel arbitration pursuant to 9 U.S.C. § 4 and Fla. Stat. § 682.03. Plaintiffs request that the Court order AIA to proceed with mandatory mediation and binding arbitration procedures in Tampa, Florida. Because of certain confidentiality restrictions, the basis for such mandatory mediation and binding arbitration, and the nature of the dispute,

1

will be set forth more fully in an Amended Complaint, to be filed under seal upon authorization from the Court.

2. This Court has subject matter jurisdiction because this dispute involves more than $15,000, exclusive of interest, attorneys' fees, and costs.

3. This Court also has jurisdiction pursuant to Fla. Stat. § 682.18.

4. Plaintiff Mayo Jacksonville is a Florida nonprofit corporation that has its principal place of business at 4500 San Pablo Road, Jacksonville, Florida, 32224.

5. Plaintiff Mayo FMER is a Minnesota nonprofit corporation that has its principal place of business at 200 SW First Street, Rochester, Minnesota 55905.

6. Plaintiffs Myriad Genetics and Myriad Pharmaceuticals are both Delaware corporations having their principal place of business at 320 Wakara Way, Salt Lake City, Utah 84108.

7. Defendant AIA is a Florida corporation that has its principal place of business at 1300 North 78th Street, Kansas City, Kansas 66112.

8. This Court has personal jurisdiction over AIA.

## COUNT I

9. Plaintiffs reallege and incorporate by reference Paragraphs 1-8.

10. Under 9 U.S.C. § 4, Plaintiffs are entitled to an order compelling AIA to mediate and arbitrate their dispute in Tampa, Florida.

## COUNT II

11. Plaintiffs reallege and incorporate by reference Paragraphs 1-8.

12. Under Fla. Stat. 682.03, Plaintiffs are entitled to an order compelling AIA to mediate and arbitrate their dispute in Tampa, Florida.

# PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand that this Court:

(a) Enter an order compelling AIA to proceed with mandatory mediation and binding arbitration of this dispute in Tampa, Florida.

(b) Grant Plaintiffs such other and further relief as the Court may deem just and equitable.

Respectfully submitted,

Dated: March 11, 2005

Jon. P. Tasso (Florida Bar No. 0120510)
FOLEY & LARDNER LLP
100 N. Tampa Street #2700
P.O. Box. 3391
Tampa, FL 33601-3391
Tel: (813) 229-2300
Fax: (813) 221-4210

OF COUNSEL:

Jonathan E. Singer
Michael J. Kane
Courtney Nelson Wills
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696
Email: singer@fr.com
kane@fr.com
cnw@fr.com

*Attorneys for Plaintiffs*
Mayo Clinic Jacksonville,
Mayo Foundation for Medical Education and
Research, Myriad Genetics, Inc., and
Myriad Pharmaceuticals, Inc

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Complaint was served by facsimile and U.S. Mail, March 11, 2005, upon:

David V. Clark
William A. Rudy
Lathrop & Gage L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108-2684
(816) 292-2001 (facsimile)

*Attorneys for Defendant*

The Defendant will also be served by authorized process server at the following address:

Alzheimer's Institute of America, Inc.
Florida Registered Agent
CT Corporation System
1200 S. Pine Island Rd.
Plantation, FL 33324

Jon P. Tasso

**FORM 1.997. Civil Cover Sheet.**
**I.     Case Style**

Name of Court
**HILLSBOROUGH CIRCUIT CIVIL**

MAYO CLINIC JACKSONVILLE,
MAYO FOUNDATION FOR MEDICAL
EDUCATION AND RESEARCH,
MYRIAD GENETICS, INC., AND
MYRIAD PHARMACEUTICALS, INC.,

          Plaintiffs,

Case Number: **05-02296**
Division: **DIVISION D**

v.

ALZHEIMER'S INSTITUTE OF AMERICA,
INC.,

          Defendant.

**II. Type of Case**   (Mark only one type of case. If the case fits more than one type of case, select the most definitive.)

| **Domestic Relations** | **Torts** |
|---|---|
| ___ Simplified Dissolution | ___ Professional Malpractice |
| ___ Dissolution | ___ Products Liability |
| ___ Support - IV-D | ___ Auto Negligence |
| ___ Support -Non-IV-D | ___ Other Negligence |
| ___ URESA - IV-D | **Civil** |
| ___ Domestic violence | ___ Contracts |
| ___ Other domestic relations | ____ Condominium Real Property/Mortgage foreclosure |
| | ___ Eminent Domain |
| | _X_ Other |

**III. Is Jury Trial Demanded in Complaint?**
___ Yes
_X__ No

DATE: 3/11/2005

_____
JON TASSO, ESQUIRE